LOUIS NEWMAN, Respondent, v. G. H. POPPENBERG'S, INC., Appellant.— Judgment affirmed, with costs. All concur.

ANNA CARUSO, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

GUISEPPE CARUSO, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Joint Petition of the TOWN OF CUBA and THE BOARD OF SUPERVISORS OF THE COUNTY OF ALLEGANY, under Section 91 of the Railroad Law.* — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

MARTIN T. WILLIAMSON, Respondent, v. CHARLES SALMON, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

MICHAEL NOON, Respondent, v. WALKER D. HINES, as Director-General of Railroads, Appellant.— Motion for reargument denied, with ten dollars costs.

UTICA PAINT & GLASS COMPANY, INC., Respondent, v. CHARLES H. YATES, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ANTHONY BUSCAGLIA and Others, Respondents, v. WILLIAM A. CAMP and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

MARY McGLYNN, as Administratrix, etc., Respondent, v. PENNSYLVANIA RAILROAD COMPANY and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

CHARLES SCHULTZ, Respondent, v. NIAGARA STEEL FINISHING COMPANY and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

WILLIAM G. KILHOFFER and Another, as Executors, etc., Respondents, v. WALBURGA ZEIS and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

LOUISE E. BURKART, Respondent, v. ORLANDO ADAMS, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

GRANBY PULP AND PAPER COMPANY, Respondent, v. CITY OF FULTON, Appellant.— Motion to amend order entered November 19, 1919, granted, and certain additional findings modified, conclusions of law stricken out and new conclusions of law made.

MARTHA BURKE, Respondent, v. IDA KIEKEBUSCH, Appellant, Impleaded, etc.— Motion for stay pending appeal denied, without prejudice to an application at the Trial Term for a stay or postponement of the trial.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JADY KELLY, Appellant.— Motion to have appeal heard upon typewritten minutes of the stenographer, without printing, denied.

VINCENT STONE COMPANY, Respondent, v. THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

* Amd. by Laws of 1914, chap. 378. See 196 App. Div. 917.— [REP.